COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause Number:     01-18-00611-CR

Trial Court Cause
Number:     1495685D

Style:     Clifford Leviene Powell

**v** The State of Texas

Date motion filed*:     September 24, 2019

Type of motion:     Motion to Withdraw as Counsel of Record

Party filing motion:     David A. Pearson, IV, Court-appointed Counsel for Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

   ☐ Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☒ Denied  *See* TEX. CODE CRIM. PROC. art. 26.04(b)

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐ Other:

Judge's signature: /s/Justice Sherry Radack

      ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: October 22, 2019